UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY HALL, STANLEY MARTIN, NICHOLAS ROBERTSON, DEVORAH CHATMAN, REYNALDO DEGUZMAN, EMILY GOOD, WINONA MILLER, DYNASTY BUGGS, LORE MCSPADDEN-WALKER, EMILY MCINTYRE, FREE THE PEOPLE ROC, and NATIONAL LAWYERS GUILD ROCHESTER, INC., *on behalf of themselves and other people similarly situated,* <br><br> Plaintiffs, <br><br> -against- <br><br> LOVELY ANN WARREN, LA'RON SINGLETARY, CYNTHIA HERRIOTT-SULLIVAN, HENRY C. FAVOR, RAYMOND W. DEARCOP, RALPH MONTINARELLI, SAMUEL LUCYSHYN, RANDY POTUCK, WILLIAM BAKER, ALEXANDER ELMORE, JOHN CLINKHAMMER, DOMENIC BORRELLI, MATTHEW DRAKE, DAKOTA VANBREDERODE, ETHAN PASZKO "JOHN DOE" ROCHESTER POLICE DEPARTMENT OFFICERS 1–200 (the names and numbers of which are currently unknown), ADAM BELO, TODD BAXTER, THE CITY OF ROCHESTER, COUNTY OF MONROE, "RICHARD ROE" MONROE COUNTY SHERIFF'S DEPUTIES 1–200 (the names and numbers of which are currently unknown), STEPHEN A. DELLASALA, "SALLY SUE" NEW YORK STATE POLICE OFFICERS 1–200 (the names and numbers of which are currently unknown), <br><br> Defendants. | 21-cv-6296 (FPG) <br><br> **SO ORDERED STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the respective parties to above action, that:

Defendant NYS Trooper Stephen Dellasala shall file his response to the Complaint on or before July 9, 2021.

If Plaintiffs choose to oppose the Rule 12 motions based on the current Complaint, said opposition shall be filed on or before August 17, 2021. Any reply by Defendants shall be filed on or before September 7, 2021.

If Plaintiffs choose to file an Amended Complaint under Rule 15(a)(1)(B), the Amended Complaint shall be served on Defendants' counsel on or before August 17, 2021, and shall be filed with the Court on or before August 31, 2021. Defendants shall file an answer or Rule 12 motion with respect to any Amended Complaint on or before September 28, 2021.

Dated: New York, New York
June 17, 2021

Elliot Shields
ROTH & ROTH, LLP.
Co-Counsel for Plaintiffs
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020

Patrick Beath
Deputy Corporation Counsel
Attorney for the City Defendants
City Hall - Room 400A
30 Church Street
Rochester, New York 14614

Maria Rodi
Senior Deputy County Attorney
Attorney for the County Defendants
307 County Office Building
39 W. Main St.
Rochester, NY 14614
Tel: 585-753-1472

Mitchell Banas
Bond Schoeneck & King.
Attorneys for Trooper Stephen Dellasala
200 Delaware Ave., Suite 900
Buffalo, NY 14202
(716) 416-7010

**Dated:** _____, 2021
**Rochester, New York**

**IT IS SO ORDERED.**

_____
Hon. Frank P. Geraci
Chief United States District Judge

Defendant NYS Trooper Stephen Dellasala shall file his response to the Complaint on or before July 9, 2021.

If Plaintiffs choose to oppose the Rule 12 motions based on the current Complaint, said opposition shall be filed on or before August 17, 2021. Any reply by Defendants shall be filed on or before September 7, 2021.

If Plaintiffs choose to file an Amended Complaint under Rule 15(a)(1)(B), the Amended Complaint shall be served on Defendants' counsel on or before August 17, 2021, and shall be filed with the Court on or before August 31, 2021. Defendants shall file an answer or Rule 12 motion with respect to any Amended Complaint on or before September 28, 2021.

Dated: New York, New York
June 17, 2021

_____
Elliot Shields
ROTH & ROTH, LLP.
Co-Counsel for Plaintiffs
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020

_____
Patrick Beath
Deputy Corporation Counsel
Attorney for the City Defendants
City Hall - Room 400A
30 Church Street
Rochester, New York 14614

_____
Maria Rodi
Senior Deputy County Attorney
Attorney for the County Defendants
307 County Office Building
39 W. Main St.
Rochester, NY 14614
Tel: 585-753-1472

_____
Mitchell Banas
Bond Schoeneck & King.
Attorneys for Trooper Stephen Dellasala
200 Delaware Ave., Suite 900
Buffalo, NY 14202
(716) 416-7010

Dated: _____, 2021
Rochester, New York

**IT IS SO ORDERED.**

_____
Hon. Frank P. Geraci
Chief United States District Judge

Defendant NYS Trooper Stephen Dellasala shall file his response to the Complaint on or before July 9, 2021.

If Plaintiffs choose to oppose the Rule 12 motions based on the current Complaint, said opposition shall be filed on or before August 17, 2021. Any reply by Defendants shall be filed on or before September 7, 2021.

If Plaintiffs choose to file an Amended Complaint under Rule 15(a)(1)(B), the Amended Complaint shall be served on Defendants' counsel on or before August 17, 2021, and shall be filed with the Court on or before August 31, 2021. Defendants shall file an answer or Rule 12 motion with respect to any Amended Complaint on or before September 28, 2021.

Dated: New York, New York
June 17, 2021

_____
Elliot Shields
ROTH & ROTH, LLP.
Co-Counsel for Plaintiffs
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020

_____
Maria Rodi
Senior Deputy County Attorney
Attorney for the County Defendants
307 County Office Building
39 W. Main St.
Rochester, NY 14614
Tel: 585-753-1472

_____
Patrick Beath
Deputy Corporation Counsel
Attorney for the City Defendants
City Hall - Room 400A
30 Church Street
Rochester, New York 14614

_____
Mitchell Banas
Bond Schoeneck & King.
Attorneys for Trooper Stephen Dellasala
200 Delaware Ave., Suite 900
Buffalo, NY 14202
(716) 416-7010

Dated: _____, 2021
Rochester, New York

IT IS SO ORDERED.


_____
Hon. Frank P. Geraci
Chief United States District Judge