

48 Wall Street, Suite 1100
New York, NY 11226

Tel: 212-729-0952
www.HCLLPLaw.com

**Joshua S. Moskovitz**
Partner
Moskovitz@HCLLPLaw.com

May 15, 2024

**BY ECF and EMAIL**

Hon. Mark W. Pedersen
United States Magistrate Judge
Western District of New York
100 State Street
Rochester, New York 14614
pedersen@nywd.uscourts.gov

    Re:    *Hall* et al. *v. Warren* et al., No. 21-cv-6296 (FPG) (MJP)

Your Honor,

    My firm—along with Roth & Roth; Neufeld Scheck Brustin Hoffmann & Freudenberger; Easton Thompson Kasperek Shiffrin; and Baker & Hostetler—represents the plaintiffs in this case. On May 2, 2024 (docketed May 3, 2024, *see* Dkt. 135), Hon. Frank P. Geraci, Jr. so-ordered the parties' joint request to refer this case for discovery. Plaintiffs now write to request a Rule 16 pretrial conference so we may proceed with discovery. We advised counsel for Defendants that we would be submitting this request, and we are in the process of scheduling a time to confer about discovery pursuant to Rule 26(f). We anticipate holding our Rule 26(f) conference in the next two weeks.

    We appreciate Your Honor's time and attention to this matter.

Sincerely,

Joshua S. Moskovitz

cc:    All Counsel of Record