**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Patrick Beath**
Deputy Corporation Counsel

October 11, 2023

MarkPedersen@nywd.uscourts.gov

Hon. Mark. Pedersen
United States Magistrate Judge
Western District of New York
100 State Street
Rochester, NY 14614

  *Re: Hall v Warren: 21-cv-6296*
  *Case No.:  21-cv-6296*

Dear Judge Pedersen,

The parties have engaged in extensive written dialogue over an ESI protocol, which is due to be filed today. Unfortunately, we have been unable to reach a final agreement despite diligent efforts by all counsel.

At this point, the parties request an extension to the ESI protocol submission date pending a conference with the court, as requested by plaintiffs' counsel at this juncture.

Given the attorneys respective schedules, we would request the conference be scheduled after October 28, 2024 as may be convenient with the court.

    Respectfully submitted,

    *s/ Patrick B. Naylon*

    Patrick B. Naylon

Cc: All counsel via ECF
 & E-mail to Judge Pedersen

Phone: 585.428.6812  Fax: 585.428.6950  TTY: 585.428.6054  EEO/ADA Employer 

Case 6:21-cv-06296-FPG-MJP    Document 160    Filed 10/11/24    Page 2 of 2