Devorah-Lavern: Chatman
c/o P.O. Box 24200
Rochester, New York [14624]
Rural Route: 2100 Brighton Henrietta Town Line Rd
Rochester, New York [14623]
Non-Domestic, Without the U.S.



April 22, 2025

To:
Hon. Frank P. Geraci, Jr.
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

Notice Regarding Case No. 6:21-cv-06296-FPG-MJP
*Hall et. al. v. Warren et. al.*

Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent

I, Devorah-Lavern: Chatman, the living woman and beneficiary of the estate DEVORAH LAVERN CHATMAN, do hereby give formal notice that all alleged representation by Elliot D. Shields, Esq. and all other attorneys, named or unnamed, is hereby terminated.

Said individuals have been notified through certified mail, telephone, text message, and email. No further authority is granted to any party to act on my behalf in the matter referenced above.

I also give notice that I am opting out of the Class Action Lawsuit referenced in the above-captioned case, without prejudice and without assumption of liability or submission to any jurisdiction.

Nothing in this communication shall be deemed a waiver of any rights, remedies, or defenses available to Devorah-Lavern: Chatman, whether known or unknown, at law or in equity. All rights are hereby expressly reserved.

I, Devorah-Lavern: Chatman, the living woman and beneficiary of the estate DEVORAH LAVERN CHATMAN, hereby reserve all rights known and unknown under UCC 1-308.

This notice is provided for the record. No consent to jurisdiction is granted or implied by this correspondence.

Without prejudice,

By: Devorah-Lavern: Chatman, Beneficiary
For: DEVORAH LAVERN CHATMAN
Authorized Representative: Devorah Chatman
All Rights Reserved, UCC 1-308
Non-Assumpsit – Without Prejudice – Without Recourse

Derral-L: Chatman
c/o P.o. Box 24200
Rochester, New York [14624]
Re: 2100 Brighton-Henrietta Town Line Road
Rochester, New York [14623]
Non-Domestic, Without the U.S.



USDC-WDNY
APR 2 4 2025
ROCHESTER

CERTIFIED MAIL ®

9589 0710 5270 0050 2476 67

First Class U.S. Mail
Statutory Non-Domestic Fully Pre-Paid ,
12 Stat. at Law, Ch. 71, Sec. 23
Federal Offense to collect additional postage
[ 18 USC 1726 ("without the United States") ]

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

(private / Confidential)
ATTN: Hon. Frank P. Geraci, Jr.
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614