# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

July 31, 2025

**VIA ECF**
Hon. Mark Pedersen
United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re: *Hall et al.* v. *Warren, et al.*
          21-cv-6296 (FPG)(MJP)

Dear Judge Pedersen,

    We write jointly on behalf of all parties in the above-captioned matter to respectfully request a six-month extension of all remaining deadlines in the Court's Third Amended Scheduling Order (ECF 194). This request is made for the reasons set forth in the parties' Joint Status Report filed on July 21, 2025 (ECF 228).

    Since the Court entered the ESI Protocol on May 14, 2025 (ECF 219), the parties have engaged in ongoing negotiations over search terms and custodians. However, to date, the Defendants have not produced any ESI in accordance with the Protocol. Plaintiffs served their discovery responses and produced substantial documents and video footage, but the City has not made any subsequent ESI-compliant productions. The County has provided limited information, including initial hit reports for some custodians. As explained in the status report, the lack of ESI production, and continuing negotiations over search parameters, has significantly delayed progress on fact and class discovery.

    In addition, Plaintiffs recently served a detailed deficiency letter on the City identifying numerous issues in the City's discovery responses. The parties are in the process of meeting and conferring to resolve these issues without motion practice. However, the current deadline to file motions to compel is August 1, 2025, which does not allow sufficient time for the meet-and-confer process to run its course. Plaintiffs have also requested a discovery conference with the Court to address outstanding issues and to discuss how to move discovery forward.

Moreover, many of the discovery disputes—particularly those relating to document requests and ESI—must be resolved before depositions can proceed. Once those issues are resolved and the necessary records are produced, the parties anticipate that a significant number of depositions will be required.

For these reasons, and those more fully detailed in the July 21, 2025 joint status letter, the parties respectfully request a six-month extension of the following deadlines in the Court's Third Amended Scheduling Order (ECF 194):

1. **Deadline to Complete Fact and Class Discovery, and to File Motions to Compel:**
   Currently: August 1, 2025
   Proposed New Deadline: **February 3, 2026** (Tuesday)

2. **Plaintiffs' Class Certification Motion:**
   Currently: October 31, 2025
   Proposed New Deadline: **April 30, 2026** (Thursday)

3. **Defendants' Opposition to Class Certification Motion:**
   Currently: December 5, 2025
   Proposed New Deadline: **June 5, 2026** (Friday)

4. **Plaintiffs' Reply in Further Support of Class Certification:**
   Currently: January 5, 2026
   Proposed New Deadline: **July 7, 2026** (Monday)

5. **Disclosure of Affirmative Expert Reports:**
   Currently: October 1, 2025
   Proposed New Deadline: **March 31, 2026** (Tuesday)

6. **Disclosure of Rebuttal Expert Reports:**
   Currently: November 14, 2025
   Proposed New Deadline: **May 14, 2026** (Thursday)

7. **Completion of Expert Depositions:**
   Currently: January 16, 2026
   Proposed New Deadline: **July 16, 2026** (Thursday)

8. **Deadline to File Dispositive Motions:**
   Currently: March 20, 2026
   Proposed New Deadline: **September 22, 2026** (Tuesday)

This is the parties' fourth request to amend the scheduling order. The requested extension is made in good faith and is necessary to allow the parties to complete fact discovery, resolve outstanding disputes, and proceed efficiently to expert discovery and motion practice.

We thank the Court for its consideration of this request.

                                      Respectfully Submitted,

                                            ~//s//~
                                      Elliot D. Shields

                                      *Co-Counsel for Plaintiffs*

CC: All parties via ECF.