**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Patrick B. Naylon**
Municipal Attorney

September 24, 2025

Honorable Mark Pederson
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

    Re:    ***Hall et al. v. Warren, et al. 21-cv-6296 (FPG)(MJP)***

Dear Judge Pederson:

    Kindly accept this status report concerning the above matter. Please note that this correspondence is sent pursuant to the Third Amended Scheduling Order. There is a slight conflict in Orders, with a text Order indicating the report is due the 23rd and the scheduling order referenced noting the 24th as the due date.

    The parties have met and conferred and the meeting was productive.

1. The Plaintiffs and Defendants have discussed ESI searches. Plaintiffs intend to provide revised custodians and revised search terms. The City will have its vendor run a preliminary search as provided, and will issue a preliminary report providing the nature of the results for examination by the Plaintiffs. The Plaintiffs and Defendants and/or their consultants will meet to discuss the same to determine what/if further revisions are appropriate and/or necessary with the ultimate objective in mind of obtaining meaningful and manageable responses.

2. The Defendants will provide supplemental responses to various individual numbered demands for which it already has documentation on a rolling basis, identifying the demand for which the documents are responsive commencing October 3.

3. The Defendants provided today additional information concerning the BWC migration and the apparent potential to recover metadata even after the BWC migration. The defendants are to provide an "example' report if you will, of the metadata recoverable next week.

    Looking more towards an end date for compliance with responses to the plaintiff's RFP, I proposed that a complete response as to all the items in the RFP be provided by November 26,, 2025. Plaintiffs counsel has neither agreed or disagreed as to that date at this juncture.

    The date I propose I believe to be realistic given my upcoming schedule. October, for example is completely booked and November filling in quickly. I simply don't want to propose

a date that I do not believe the City can comply with, only to end up before the Court attempting to explain tardiness, ultimately taking time away from doing the work necessary to respond. Obviously the City would agree to any adjustment of the overall discovery schedule the Plaintiffs feel would be necessary.

4. The Defendants thus propose to provide its supplemental response addressing each additional demand which has not been responded to via number 2 above by November 26, 2025.

Again, please note, this date has not been agreed to.

Respectfully Submitted,

s/ **Patrick B. Naylon**

Patrick B. Naylon
Municipal Attorney

PBN/mb
cc: All Counsel of Record via ECF

NOTE: A draft of this correspondence was sent to plaintiffs counsel but I have not received a response at the time of filing, likely due to attention to other matters. To that extent it is not formally a joint status report.