UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY HALL *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br><br> LOVELY ANN WARREN *et al.,* <br><br><br> Defendants. | Case No. 21-cv-6296 (FPG)(MJP) <br><br><br> **JOINT STATUS REPORT** |

  Pursuant to the Fourth Amended Scheduling Order (ECF 232), the parties submit this joint status report to update the Court on the progress of discovery.

### **Plaintiffs' Position**

  Since the Court's conference on September 16, 2025 (ECF 236), the City has not made substantial progress in discovery as Plaintiffs have yet to receive a single document in response to Plaintiffs' discovery demands beyond the City's initial disclosure production. Specifically, in response to Plaintiffs' initial proposed custodian list, the City complained about the voluminous custodial data that it would need to export. To alleviate the City's purported burden, Plaintiffs served the City with a revised proposed custodian list on September 30, 2025. Plaintiffs also requested that the City run Plaintiffs' proposed search terms across those custodial files and provide the corresponding hit counts. The hit counts were necessary to provide Plaintiffs with further opportunity to narrow the terms or custodians that were not yielding reasonable results. Almost two months later on November 18, 2025, the City produced *one* hit report for *one* custodian, maintaining that there was a burden to export multiple custodial files and run hit reports. To address the lack of custodial data from the City and the significant amount of time that had passed, the parties met and conferred on December 9, 2025.

  During that meeting, the parties agreed that the City would first export the files of five custodians and produce hit reports for those custodians so that Plaintiffs could assess the

performance of their proposed search terms. Once the parties agreed upon search terms for those five custodians, the City would review and produce responsive documents, as well as work toward exporting the remaining custodial files.

On December 17, 2025, the City had advised that it had exported four out of the five custodial files and that its vendor, Consilio, would work on the hit reports early in the week of December 22. As of today, the City has not produced any of those hit reports. As recently as January 12, 2026, Plaintiffs requested an update from the City on when they can expect the hit reports for the five custodians and have not heard back. It is Plaintiffs' understanding that Mr. Naylon is on trial until late January. However, to progress discovery, it is imperative that Plaintiffs promptly receive the hit reports. If the City fails to provide the agreed-upon hit reports and begin producing responsive documents, Plaintiffs will need to seek Court intervention by requesting an order compelling production and enforcing the City's discovery obligations.

As to the County, Plaintiffs have agreed to an extension of time for the County to produce documents until January 31, 2026.

### The City's Position

As noted by the Plaintiffs, I am on trial for the remainder of January. The City will address the outstanding custodial files and hit reports as soon as my trial concludes. The City joins in the County's request for an extension of fact discovery from February 3, 2026 to July 31, 2026 and the extension to the Fourth Amended Scheduling Order by six months.

### The County's Position

The County agrees with Plaintiffs' status report as it relates to the County.

In addition, given the current status of discovery, the County also requests that the Court extend fact discovery from February 3, 2026 to July 31, 2026 and extend the remaining dates in the Fourth Amended Scheduling Order by six months. The Plaintiffs agree to this extension request. The parties will submit a consent motion with a proposed amended scheduling order.

Dated: January 20, 2026

Respectfully Submitted,

**BAKER & HOSTETLER LLP**

*s/ Edward J. Jacobs*
Edward J. Jacobs
J'Naia L. Boyd
45 Rockefeller Plaza
New York, New York 10111-0100
Phone: 212-589-4200
ejacobs@bakerlaw.com