# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

February 2, 2026

Edward J. Jacobs
direct dial: 212.589.4674
ejacobs@bakerlaw.com

**VIA ECF**

The Honorable Mark W. Pedersen
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Re:   Hall et al. v. Warren, et al. 6:21-cv-06296-FPG-MJP

Dear Judge Pedersen,

      We write jointly on behalf of all Parties in the above-captioned matter to respectfully request a six-month extension of all remaining deadlines in the Court's Fourth Amended Scheduling Order (ECF 232). This request is made for the reasons set forth in the Parties' Joint Status Report filed on January 20, 2026 (ECF 238).

      As explained in the Joint Status Report, the City has not produced any documents in response to Plaintiffs' discovery demands beyond the City's initial disclosure production, and there is no expected production date. The County has agreed to produce documents by February 16, 2026, an extension of its previous deadline of January 31, 2026. As explained in the Joint Status Report, the lack of document production, and continuing negotiations over search parameters and custodians, have significantly delayed progress on fact and class discovery.

      In addition, during the meet and confer on December 9, 2025, the Plaintiffs agreed that the City would first export the files of five custodians and produce hit reports for those custodians so that Plaintiffs could assess the performance of their proposed search terms. Once the Parties agreed upon search terms for those five custodians, the City would review and produce responsive documents, as well as work toward exporting the remaining custodial files. As of today, the City has still not produced any of these hit reports. According to the City, this is in large part due to Mr. Naylon being on trial through the end of January. However, without these hit reports, Plaintiffs are unable to progress discovery.

The Honorable Mark W. Pedersen
February 2, 2026
Page 2

Moreover, many of the discovery disputes—particularly those relating to document requests and ESI—must be resolved before depositions can proceed. Once those issues are resolved and the necessary records are produced, the Parties anticipate that a significant number of depositions will be required.

For these reasons, and those more fully detailed in the January 20, 2026 Joint Status Report (ECF 238), the Parties respectfully request a six-month extension of the following deadlines in the Court's Fourth Amended Scheduling Order (ECF 232):

1. **Deadline to Complete Fact and Class Discovery, and to File Motions to Compel:**
   Currently: February 3, 2026
   Proposed New Deadline: **July 31, 2026** (Friday)

2. **Plaintiffs' Class Certification Motion:**
   Currently: April 30, 2026
   Proposed New Deadline: **October 30, 2026** (Friday)

3. **Defendants' Opposition to Class Certification Motion:**
   Currently: June 5, 2026
   Proposed New Deadline: **December 7, 2026** (Monday)

4. **Plaintiffs' Reply in Further Support of Class Certification:**
   Currently: July 7, 2026
   Proposed New Deadline: **January 7, 2027** (Thursday)

5. **Disclosure of Affirmative Expert Reports:**
   Currently: March 1, 2026
   Proposed New Deadline: **September 1, 2026** (Tuesday)

6. **Disclosure of Rebuttal Expert Reports:**
   Currently: May 14, 2026
   Proposed New Deadline: **November 16, 2026** (Monday)

7. **Completion of Expert Depositions:**
   Currently: July 16, 2026
   Proposed New Deadline: **January 18, 2027** (Monday)

8. **Deadline to File Dispositive Motions:**
   Currently: September 22, 2026
   Proposed New Deadline: **March 22, 2027** (Monday)

The Honorable Mark W. Pedersen
February 2, 2026
Page 3

  This is the Parties' fifth request to amend the scheduling order. The requested extension is made in good faith and is necessary to allow the parties to complete fact discovery, resolve outstanding disputes, and proceed efficiently to expert discovery and motion practice.

  We thank the court for its consideration of this request.

Sincerely,

*s/ Edward J. Jacobs*

Edward J. Jacobs
Partner


CC: All parties Via ECF.