**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANTHONY HALL, et al.,**<br>                    *Plaintiffs,*<br><br>                    -against-<br><br>**MARK WARREN, et al.,**<br>                    *Defendants.* | **Case No. 6:21-CV-6296-FPG**<br><br>ORDER REGARDING<br>DISCOVERY DEADLINES |

**ORDER REGARDING DISCOVERY DEADLINES**

A discovery conference having been held on March 10, 2026, before the Honorable Mark W. Pedersen, United States Magistrate Judge, with all parties present through counsel; and the parties having conferred privately regarding outstanding discovery issues and having reported proposed deadlines to the Court; and good cause having been shown;

**IT IS HEREBY ORDERED as follows:**

1.   **Revised Custodian List.** By March 13, 2026, Plaintiffs shall provide Defendants with a revised list of custodians for ESI collection and search, categorized by custodian type (policy-level, individual officers, protest commanders) with proposed search parameters for each category.[1]

2.   **Consilio Hit Report on Current Six Custodians.** By March 18, 2026, the City of Rochester shall produce the Consilio hit report reflecting the results of Plaintiffs' revised search terms (served March 2, 2026) run against the current six custodians whose data is already in Consilio's possession (Warren, Favor Jr., Tordai, Swetman, Drew, and Ciulla).

---

[1] Plaintiffs did in fact serve this revised list on March 13, 2026.

3.    **Conferral on Revised Custodian List.** By March 20, 2026, the parties shall confer regarding the revised custodian list provided under Paragraph 1 and shall make good-faith efforts to reach agreement on the custodians whose data will be collected and searched.

4.    **Joint Status Letter to the Court.** By March 23, 2026, the parties shall submit a joint letter to the Court reporting on: (a) the status of the custodian list negotiations; (b) any disputes regarding the custodian list; and (c) the status of ESI production, including Consilio's progress.

5.    **Plaintiffs' Non-ESI Discovery Letter.** By March 23, 2026, separately from the joint letter, Plaintiffs shall serve the City with a letter outlining: (a) all outstanding non-ESI discovery demands, distilled from Plaintiffs' July 14, 2025 deficiency letter and the September 5, 2025 meet-and-confer agreements; and (b) Plaintiffs' demand and proposal regarding attendance at the Rochester Police Academy or certain modules thereof, including any alternative proposals for video recording of training sessions.

6.    **City's Non-ESI Production and Academy Response.** By April 21, 2026, the City of Rochester shall: (a) produce all outstanding non-ESI discovery identified in Plaintiffs' March 23, 2026 letter; and (b) provide a substantive response to Plaintiffs' proposal to attend the police academy or certain training modules.

7.    **Motion to Compel.** In the event that the City of Rochester fails to comply with the deadlines set forth in this Order, Plaintiffs may file a motion to compel and for sanctions on or after April 22, 2026. Any such motion shall be filed no later than May 29, 2026.

8.    **Expanded Custodian Hit Report.** The City shall produce a hit report on the expanded custodian list (as agreed upon following the conferral under Paragraph 3) by May 1, 2026.

9.    **Reservation of Rights.** Nothing in this Order shall be construed as limiting Plaintiffs' right to seek additional discovery, sanctions, or other relief for the City's failure to comply with its discovery obligations or prior Court orders, including the ESI Protocol Order entered May 14, 2025.

**SO ORDERED.**

Dated: Rochester, New York
       March 16, 2026

HON. MARK W. PEDERSEN
United States Magistrate Judge